1  Floyd W. Bybee, #012651
   **BYBEE LAW CENTER, PLC**
2  90 S. Kyrene Rd, Ste. 5
   Chandler, AZ 85226-4687
3  Office:  (480) 756-8822
   Fax: (480) 302-4186
4  floyd@bybeelaw.com

5  Attorney for Plaintiff

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Jadelyn Madrid, | No.  CV 20-1857-PHX-DJH |
| Plaintiff, | |
| v. | **NOTICE OF FILING FIRST AMENDED COMPLAINT** |
| Brijay Automotive Group, Inc., d.b.a. Cactus Jacks; | |
| Defendant. | |

Plaintiff, by and through counsel, and pursuant to Rule 15(a)(1)(A) and Local Rule 15.1(b), hereby gives notice of filing her First Amended Complaint. A copy of the First Amended Complaint indicating in what respect it differs from the Complaint is attached hereto as Exhibit A.

/ / /

/ / /

DATED  September 29, 2020  .

        s/ Floyd W. Bybee
Floyd W. Bybee, #012651
**BYBEE LAW CENTER, PLC**
90 S. Kyrene Rd, Ste. 5
Chandler, AZ 85226-4687
Office: (480) 756-8822
Fax: (480) 302-4186
floyd@bybeelaw.com

Attorney for Plaintiff

- 2 -